IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

REEVES            PLAINTIFF

VERSUS            CIVIL ACTION NO. 5:09cv128DCB-JMR

YAZOO COUNTY, MISSISSIPPI            DEFENDANT

## ORDER

This cause comes before the Court on the motion of the defendant to stay pursuant to the activation of his military service. The Court finds that this motion should be granted as unopposed. The Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered . Upon notification of Gerald Frasier's release from active military duty, the Court will place this matter back on the active docket.

This the 25TH day of February, 2010

*S/John M Roper, Sr.*
UNITED STATES MAGISTRATE JUDGE